# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2055

_____

JOHN DIXON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

June 12, 2019

PER CURIAM.

The sole issue on appeal is Appellant's entitlement to jail credit. Because he has served his sentence, the issue of credit is moot, and we must dismiss. *Toomer v. State*, 895 So. 2d 1256, 1256-57 (Fla. 1st DCA 2005).

    DISMISSED.

LEWIS, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


John Dixon, pro se, Appellant.

Ashley Moody, Attorney General, for Appellee.